①

5/18/20

United States District Court
Richard Sheppard Arnold Courthouse
600 W. Capital Ave.
Suite A-149
Little Rock, AR. 72201-3325
2:20-CV-107-BSM-JTR

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAY 21 2020
JAMES W. McCORMACK, CLERK
By: LBu   DEP CLERK

Dear Honorable Federal Judge,
Motion-Petition for Immediate Release with Home Confinement due to the Covid 19 Virus.

The D.O.J. and B.O.P. have Released their qualifications for the Covid 19 Virus. My home-plan is listed below.

Because the 50% as of Thursday, (5/14/20). The DOJ/BOP released Mr. Manaford to home confinement on a 47 month sentence. That is less than 25% of his time on a 47 month sentence. And is now living in an apartment with his wife in the state of Virginia. So therefore, the 50% rule is invalid.

This case assigned to District Judge ___Miller___
and to Magistrate Judge ___Ray___

I am Leslie Jon Claassen, #07603-046, A Federal inmate. I am 59½ years of age. I am Registered Chronic Care Patient with the B.O.P.. I have been on an Asthma inhaler (Albuterol) for a time. I also have lower back issues. Along with Chronic Spondylolysis of L5/S1 with bilateral spondylolysis suspected. With approximately 18 mm Anterior slip of L5/S1, including severe disc space narrowing with osteophytes at L5/S1. I continue to have severe headaches that last for hours at a time. I have EGD (acid Reflux issues) almost every day.

I will have a place to go, when I get out. I will immediately file for my SSI disability and after I get my medical attention, I will return to employment. Which would be going to work in a transmission shop. This is one of my specialties.

I have no write-ups in the last (4) years, an am non-violent. I meet the requirement that the DOJ/BOP have listed for Home Confinement and Immediate Release due to the Covid 19 Virus.

As of today (5/18/20), the prison in Forrest City, AR., now has an estimated 70% plus, positive rate of infection of the Covid 19 Virus.

Thank You.

Sincerely,

Leslie Jon Claassen
07603-046
FCC Forrest City-Low
P.O. Box 9000
Forrest City, AR
  72336

Claassen Leslie Jon
07603-046
FCC Forrest City - Low
P.O.Box 9000
Forrest City, AR. 72336



United States District Court
Richard Sheppard Arnold Courthouse
600 W. Capital Avenue
Suite A-149
Little Rock, AR. 72201-3325