IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**LESLIE JON CLAASSEN**                                                           **PLAINTIFF**
**REG #07603-046**

V.                         **CASE NO. 2:20-CV-00107-BSM**

**DEWAYNE HENDRIX**                                                     **DEFENDANT**

## ORDER

After careful review of the record, United States Magistrate Judge J. Thomas Ray's recommended disposition [Doc. No. 3] is adopted, and Leslie Claassen's petition for writ of habeas corpus [Doc. No. 1] is dismissed without prejudice.

IT IS SO ORDERED, this 28th day of July, 2020.

                                                                 _/s/ Brian S. Miller_
                                                            UNITED STATES DISTRICT JUDGE