IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**LESLIE JON CLAASSEN**                                                                                    **PLAINTIFF**
**REG #07603-046**

V.                              CASE NO. 2:20-CV-00107-BSM

**DEWAYNE HENDRIX**                                                                                       **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED, this 28th day of July, 2020.

_____
UNITED STATES DISTRICT JUDGE